Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Michel Harrison obo Jenny Harrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-4214<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mark Harrison and Matthew Harrison,<br>　　　　　　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (MARK HARRISON and MATTHEW HARRISON) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 2, 2009

By: _____
Attorneys for Plaintiff, Mark Harrison Matthew Harrison

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: May 11, 2009       DLA PIPER US LLP

By: _____
Michelle Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009       _____
Hon. Charles R. Breyer
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/6190655v.1